**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK**
_____
**COLUMBIA PICTURE INDUSTRIES,
INC.**
    **Plaintiff,**

                                                                            **JUDGMENT**

    **v.**                                                               **1:05-CV-1275
                                                                            (GLS/DRH)**

**RUTH REYNOLDS,**
    **Defendant.**
_____

Based upon Plaintiff's application for Default Judgment by the Court, and good cause appearing therefore, it is hereby

**ORDERED** and **ADJUDGED** that:

1. Defendant shall pay damages to Plaintiff for infringement of Plaintiff's copyrights in the motion pictures listed on Exhibit A to the Complaint, in the total principal sum of Six Thousand Dollars ($6,000).

2. Defendant shall be and hereby is enjoined from directly or indirectly infringing on Plaintiff's rights under federal or state law in the following copyrighted motion picture:

- *White Chicks;*

- *Spider-Man 2;* and

any other motion picture, whether now in existence or later created, that is owned or controlled by Plaintiff (or any parent subsidiary, or affiliate of Plaintiff) (the Plaintiff's Motion Pictures), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiff's Motion Pictures, to distribute (i.e. upload) any of Plaintiff's Motion Pictures, or to make any of Plaintiff's Motion Pictures available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiff.  Defendant also shall destroy all copies of Plaintiff's Motion Pictures that Defendant has downloaded onto any computer hard drive or server without Plaintiff's authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control; and it is further

**ORDERED** that Defendant's application for a default judgment is **GRANTED**, and it is further

**ORDERED** that attorney's fees are **DENIED** with leave to renew upon submitting to the court billable hours in compliance with the loadstar

2

method.[1]

**SO ORDERED.**

August 28, 2006
Albany, New York

*Gary L. Sharpe*
U.S. District Judge

---

[1] On July 18, 2006, this court informed plaintiff's counsel that the application for attorney's fees was not compliant with loadstar requirements.